U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| FLEXICORPS, INC., individually and as the representative of a class of similarly-situated persons, Plaintiff<br>v.<br>CLAIM JUMPER RESTAURANTS, LLC,<br>CLAIM JUMPER MANAGEMENT, LLC,<br>and DOES 1-10, Defendants | FILED: MAY 8, 2008<br>08CV2669      TD<br>JUDGE MORAN<br>MAGISTRATE JUDGE ASHMAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Defendants Claim Jumper Restaurants, LLC and Claim Jumper Management, LLC

| NAME (Type or print) |
|---|
| Francis A. Citera |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Francis A. Citera |

| FIRM |
|---|
| Greenberg Traurig, LLP |

| STREET ADDRESS |
|---|
| 77 West Wacker Drive, Suite 2500 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60601-1732 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6185263 | 312-456-8400 |

| ARE YOU ACTING AS LEAD COUNSEL IN THE CASE? | YES ☒ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAIN COUNSEL ☐        APPOINTED COUNSEL ☐ |

CHI 57,212,332v1