## United States District Court for the Northern District of Illinois

Case Number: `08cv2669`            Assigned/Issued By: `j. n.`

Judge Name:                        Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____            Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____            Receipt #: _____

Date Payment Rec'd: _____            Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____

☐ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

`2` Original and `2` copies on `5/15/08` as to `claim jumper`
                              (Date)
`restaurants, llc; claim jumper management, llc`
_____

C:\wpwin80\docket\feeinfo.frm     03/14/05