# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| FLEXICORPS, INC., individually and as the representative of a class of similarly-situated persons,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CLAIM JUMPER RESTAURANTS, LLC, CLAIM JUMPER MANAGEMENT, LLC, and DOES 1-10,<br><br>　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  No. 08 CV 2669<br>)<br>)  Judge Moran<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, FLEXICORPS, INC., hereby files a voluntary dismissal without prejudice of the Class Action Complaint against Defendants, CLAIM JUMPER RESTAURANTS, LLC, CLAIM JUMPER MANAGEMENT, LLC, and DOES 1-10, as allowed under Federal Rules of Civil Procedure 41(a)(1).

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　FLEXICORPS, INC., individually and as the representative of a class of similarly-situated persons

　　　　　　　　　　　　By:　s/Brian J. Wanca
　　　　　　　　　　　　　　　One of Plaintiff's Attorneys

Brian J. Wanca
ANDERSON + WANCA
3701 Algonquin Road, Suite 760
Rolling Meadows, IL  60008
Telephone: 847/368-1500

Phillip A. Bock
BOCK & HATCH, LLC
134 N. LaSalle Street, Suite 1000
Chicago, IL  60602
Telephone:  312/658-5500

2

**CERTIFICATE OF SERVICE**

   I hereby certify that on June 11, 2008, I electronically filed this Notice of Voluntary Dismissal without Prejudice with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                s/Brian J. Wanca
                Brian J. Wanca
                Attorney for Plaintiff

| | |
|---|---|
| Brian J. Wanca | Phillip A. Bock |
| ANDERSON + WANCA | BOCK & HATCH, LLC |
| 3701 Algonquin Road, Suite 760 | 134 N. LaSalle Street, Suite 1000 |
| Rolling Meadows, IL  60008 | Chicago, IL  60602 |
| Telephone:  847/368-1500 | Telephone:  312/658-5500 |

2